```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION

S.F.,                              :
                                   :
         Plaintiff,                :
                                   :
v.                                 :   CASE NO. 4:19-CV-214-CDL-MSH
                                   :
COMMISSIONER OF SOCIAL             :
SECURITY,                          :
                                   :
         Defendant.                :
                                   :
```

**ORDER**

Upon consideration of Plaintiff's motion for attorney's fees (ECF No. 17) pursuant to 42 U.S.C. § 406(b) and all the supporting documents annexed thereto, as well as the other related filings, including the Commissioner's response, it is ORDERED that

1. Plaintiff's attorney is awarded attorney's fees under 42 U.S.C. § 406(b) in the amount of $5,464.73, which the Court finds reasonable for the services rendered, less the $464.73 previously paid to the Plaintiff's attorney under the Equal Access to Justice Act. The Court finds that a reduction in the fee award by $464.73 is an appropriate and reasonable alternative to granting a full fee award but ordering counsel to reimburse Plaintiff with the amount of the lesser award.

2. Defendant shall pay $5,000.00 from Plaintiff's past-due benefits directly to Plaintiff's attorney for the net attorney's

fees under the Social Security Act, 42 U.S.C. § 406(b), within a reasonable time.

SO ORDERED, this 29th day of October, 2024.

<pre>
                              S/Clay D. Land
                              CLAY D. LAND
                              U.S. DISTRICT COURT JUDGE
                              MIDDLE DISTRICT OF GEORGIA
</pre>