IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SEAN FUNKHOUSER, | * |
| Plaintiff, | * |
| v. | Case No.   4:19-CV-214-CDL-AGH |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to the Order of this Court filed October 29, 2024, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $5,464.73, less the $464.73 previously paid to the Plaintiff's attorney under the Equal Access to Justice Act. Defendant shall pay $5,000.00 from Plaintiff's past-due benefits directly to Plaintiff's attorney for the net attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), within a reasonable time.

This 29th day of October, 2024.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk